1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10    AMY M. STAAB,

11                         Plaintiff,

12           v.

13    CAROLYN W. COLVIN, Acting
      Commissioner of Social Security

14
                         Defendant.

15

CASE NO. 3:14-cv-05353-BHS-KLS

REPORT AND
RECOMMENDATION TO DISMISS
COMPLAINT FOR FAILURE TO
PROSECUTE

Noted for April 10, 2015

16        This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28

17    U.S.C. § 636(b)(1) and Local Rule MJR 3 and 4. This matter comes before the Court on

18    plaintiff's failure to file an opening brief in this matter.

19        On December 10, 2014, the undersigned issued an order setting the briefing schedule in

20    this matter, directing plaintiff to file her opening brief by no later than January 7, 2015. *See* Dkt.

21    14. Because plaintiff failed to do so, the undersigned issued another order on January 29, 2015,

22    directing her to file her opening brief by no later than February 26, 2015. *See* Dkt. 14. Plaintiff

23    was informed at that time that failure to file her opening brief by the designated date, would

24    result in a recommendation that this case be dismissed for failure to prosecute.

1

2     On March 9, 2015, however, a copy of that order sent to plaintiff's last known address

3  was returned with a notation on the envelope that the intended recipient was not at that address,

4  further stating that it could not be forwarded as the recipient's whereabouts was unknown. *See*

5  Dkt. 16. Because plaintiff has now been given two opportunities to file her opening brief but has

6  failed to do so, and because she has failed to keep the Court informed as to her current address,

7  the undersigned recommends the Court dismiss this matter for failure to prosecute.

8     Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedures ("Fed. R. Civ.

9  P.") 72(b), the parties shall have **fourteen (14) days** from service of this Report and

10  Recommendation to file written objections thereto. *See also* Fed.R.Civ.P. 6. Failure to file

11  objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474

12  U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is

13  directed set this matter for consideration on **April 10, 2015**, as noted in the caption.

14     Dated this 26th day of March, 2015.

15

16

Karen L. Strombom
17                                                      United States Magistrate Judge

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2